# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ALBERT OLIVER, an individual, and BONNIE LEE OLIVER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-01247-DJC-DMC<br><br>**ORDER GRANTING THE JOINT REQUEST AND STIPULATION TO AMEND THE JUNE 30, 2025, CIVIL SCHEDULING ORDER (DKT 10)**<br><br>State Ct. Complaint Filed: March 27, 2025<br><br>District Judge: District Judge Daniel J. Calabretta<br><br>Magistrate Judge: Dennis M. Cota<br><br>Trial Date: February 1, 2027 |

-1-

**ORDER GRANTING THE JOINT REQUEST AND STIPULATION TO AMEND THE JUNE 30, 2025, CIVIL SCHEDULING ORDER (DKT 10)**

The Court, having considered the Parties Stipulation and Request to Continue Fact Discovery to June 22, 2026, and Expert Discovery to July 27, 2026, and finding good cause, hereby GRANTS the Stipulation and Request, specifically continuing the current fact and expert discovery deadlines, so as to allow the Parties to solely complete pending fact and expert discovery, to the following dates:

Discovery Cut-Off Date:  June 22, 2026;

Expert Discovery (with Expert Reports) Cut-Off Date:  June 29, 2026;

Rebuttal Reports Cut Off Date:  July 13, 2026; and

Expert Discovery Cut-Off Date:  July 27, 2026.

**IT IS SO ORDERED.**

Dated:  April 7, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-2-

**ORDER GRANTING THE JOINT REQUEST AND STIPULATION TO AMEND THE JUNE 30, 2025, CIVIL SCHEDULING ORDER (DKT 10)**